# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |

April 27, 2022

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     **Re:** *Lopez, et al, v. P E C Group Ltd., et al*,
        **No.: 21 CV 8806 (ER)(KHP)**

Dear Judge Ramos,

  We represent Plaintiffs in the above-referenced matter. We write to respectfully inform the Court that Plaintiffs do not oppose Defendants' motion to amend their answer. (Dkt No. 17.) Plaintiffs respectfully request that—to the extent Defendants' amended answer only includes a new affirmative defense and does not in any way change the counterclaims Defendants already asserted—Plaintiffs' answer to the Defendants' counterclaim filed on January 24, 2022 (Dkt. No 11) be deemed to operative answer to the same counterclaims Defendants now wish to assert in their amended answer.

  We thank the Court for its attention to this matter.

Respectfully submitted,

**JOSEPH & KIRSCHENBAUM LLP**

  /s/ *Josef Nussbaum*

Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640

cc: All Counsel of Record (via ECF)