**McLaughlin & Stern, LLP**
**Founded 1898**

|  |  |  |
|---|---|---|
| **Jason S. Giaimo**<br>Partner<br>jgiaimo@mclaughlinstern.com<br>(212) 448-1100 | 260 Madison Avenue<br>New York, New York 10016<br>(212) 448–1100<br>Fax (212) 448–0066<br>www.mclaughlinstern.com | Garden City, NY<br>Millbrook, NY<br>Westport, CT<br>Naples, FL<br>West Palm Beach, FL |

**MEMO ENDORSED**

June 29, 2022

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 1007

      Re:    *Lopez, et al. v. PEC Group Ltd., et al.*, Case No.: 1:21-cv-08806-ER

Dear Judge Ramos:

    We represent the Defendants in the above-referenced action. We write to request a brief two-week adjournment of the case management conference currently scheduled for July 8, 2022 while I am out on paternity leave. Plaintiffs consent to the requested adjournment.

    This is the first request for the requested adjournment. We thank the Court in advance for its time and consideration.

                          Respectfully submitted,

                          */s/ Jason S. Giaimo*
                          Jason S. Giaimo

cc:    All counsel of record (via ECF)

---

The case management conference scheduled for July 8, 2022 is adjourned to July 22, 2022 at 10 a.m. The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted. It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: __June 29, 2022__
New York, New York