# JOSEPH & KIRSCHENBAUM LLP

Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone 212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Michael DiGiulio | |
| Leah Seliger | |

September 6, 2022

**VIA ECF**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

     Re: *Lopez, et al v. P E C Group Ltd., et al*, 21 CV 8806 (ER)

Dear Judge Ramos,

  We represent Plaintiffs in the above-referenced matter. We write, on behalf of Plaintiffs and Defendants, to respectfully inform the Court that the Parties have reached a settlement in the above-referenced matter. While the Parties are still finalizing the formal settlement agreement, Plaintiffs anticipate that they will be prepared to file a motion for preliminary approval of a class action settlement within two weeks. Given the foregoing, the Parties jointly request that the court adjourn the deadlines for Plaintiffs' anticipated motions for class certification and partial summary judgment *sine die* pending the outcome of the motion for settlement approval.

  We thank the Court for its attention to this matter.

  Respectfully submitted,

  **JOSEPH & KIRSCHENBAUM LLP**

   s/*Josef Nussbaum*
  Josef Nussbaum
  D. Maimon Kirschenbaum
  32 Broadway, Suite 601
  New York, NY 10004
  (212) 688-5640

cc: All Counsel of Record (via ECF)