UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS LOPEZ, a/k/a NERI LOPEZ, WILLIAM RAMONES, and JORGE MOLINA, on behalf of themselves and others similarly situated,<br><br>                  Plaintiff,<br>   v.<br><br>P E C GROUP LTD, d/b/a PEPOLINO RISTORANTE ITALIANO (a/k/a PEPOLINO), PATRIZIO SIDDU, and ENZO PEZONE,<br><br>                  Defendants. | 1:21-CV-8806-ER |

## NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND APPROVAL OF PROPOSED NOTICE OF SETTLEMENT

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement ("Motion for Preliminary Approval") and the Declaration of Josef Nussbaum in Support of Plaintiffs' Motion for Preliminary Approval ("Nussbaum Declaration"), Plaintiffs respectfully request that the Court enter an Order:

(1) Granting preliminary approval of the Settlement Agreement and Release ("Settlement Agreement"), attached as Exhibit 1 to the Nussbaum Declaration;

(2) Approving the proposed Notices of Class Action Settlement ("Rule 23 Notice") attached as Exhibit A to the Settlement Agreement, and

(3) Granting such other, further, or different relief as the Court deems just and proper.

                              \*                \*                \*

Plaintiffs have contemporaneously submitted a Proposed Order, attached as Exhibit 2 to the Nussbaum Declaration, for the Court's convenience.

Dated: September 20, 2022　　　　　　　　　　　Respectfully submitted,
　　　　　New York, New York

**JOSEPH & KIRSCHENBAUM LLP**

<u>s/ *Josef Nussbaum*</u>
D. Maimon Kirschenbaum
Josef Nussbaum
32 Broadway, Suite 601
New York, NY 10004
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Plaintiffs and
the proposed NYLL Class*