UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS LOPEZ, a/k/a NERI LOPEZ, WILLIAM
RAMONES, and JORGE MOLINA, on behalf of
themselves and others similarly situated,

               Plaintiff,

    v.

P E C GROUP LTD, d/b/a PEPOLINO
RISTORANTE ITALIANO (a/k/a PEPOLINO),
PATRIZIO SIDDU, and ENZO PEZONE,

               Defendants.

1:21-CV-8806-ER

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by their undersigned attorneys, shall move the Court before the Honorable Edgardo Ramos at the United States Court for the Southern District of New York, 40 Foley Square, New York, New York, on May 16, 2023 at 10:00 a.m. for an order granting final approval of the class action settlement agreement and entering judgment in accordance with that agreement.

Dated:  New York, New York
       May 9, 2023           **JOSEPH & KIRSCHENBAUM LLP**

                     By:    _s/ Josef Nussbaum_
                           D. Maimon Kirschenbaum
                           Josef Nussbaum
                           32 Broadway, Suite 601
                           New York, NY 10004
                           212-688-5640

                           _Attorneys for Named Plaintiffs and the Class_